UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| BROSNAN, JUDITH J ) | CASE NO. 07-00325 |
| ) | |
| Debtor(s). ) | Hon. EUGENE R. WEDOFF |

## TRUSTEE'S FINAL REPORT

To: THE HONORABLE EUGENE R. WEDOFF
BANKRUPTCY JUDGE

NOW COMES HORACE FOX, JR., Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on January 09, 2007. HORACE FOX, JR. was appointed Trustee on January 09, 2007. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $96,494.14. The trustee proposes to abandon the following property at the hearing, 12,025.00 in '03 Honda Accord with a liens and exemptions totaling 13,637.01; $15,075.00 in '04 Nissan Quest with a lien of $16,898.25; $750.00 in 1/2 interest in household goods and related items with an exemption of $750.00; $670,000.00 in 1/2 interest in residence 2318 Janet Dr. Glevnview with a lien of $552,505.86 and exemption of $15,000.00 which was sold for $6,200.00; $1,390.00 in Checking Fifth third Bank with an exemption of $1,390.00; $1,103.00 in

Checking TCF Bank with an exemption of $1,103.00; $3,812.00 in IRA with an exemption for $3.812.00; $20.00 in pocket cash; $287.00 in savings Fifth Third Bank with an exemption for 287.00; $1,000.00 in Wearing Apparel with an exemption of $1,000.0

4. A summary of the trustee's final account as of December 30, 2008 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $8,219.74 |
| b. | DISBURSEMENTS (See Exhibit C) | $0.00 |
| c. | NET CASH available for distribution | $8,219.74 |
| d. | TRUSTEE PROFESSIONAL COSTS: | |
| | 1. Trustee compensation requested (See Exhibit E) | $1,571.97 |
| | 2. Trustee Expenses (See Exhibit E) | $0.00 |
| | 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | |
| | (a.) Law Offices of Bruce de "Medici Attorney for Trustee Fees | $3,500.00 |

5. The Bar Date for filing unsecured claims expired on May 15, 2007.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims | $0.00 |
| c. | Allowed Chapter 11 administrative | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $86,427.93 |

7. Trustee proposes that unsecured creditors receive a distribution of 3.64% of allowed claims.

8. Attorney for Trustee Fees, Law Offices of Bruce de 'Medici requested but not yet allowed is $3,500.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $5,071.97.

9. A fee of $2,200.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

                                    RESPECTFULLY SUBMITTED

Date: December 30, 2008             /s/ HORACE FOX, JR., Trustee
                                    SIGNATURE

                                    HORACE FOX, JR.
                                    TRUSTEE NAME

                                    6 East Monroe
                                    Suite 1004
                                    Chicago, IL 60603
                                    ADDRESS

**EXHIBIT A**

## TASKS PERFORMED BY TRUSTEE
## EXHIBIT A

Maintained estate's bookkeeping records, and filed the necessary reports with the Office of the U.S. Trustee.

Reviewed the schedules of assets and liabilities filed by debtor.

Examined the debtor at the meetings of creditors.

Consulted with creditors and parties in interest regarding assets of the estate.

Reviewed the claims and prepared the final report.

Supervised attorney's filing of adversary and executing judgment.

**EXHIBIT B**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 07-00325 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | BROSNAN, JUDITH J | Date Filed (f) or Converted (c): | 01/09/2007 (f) |
| For the Period Ending: | 12/30/2008 | §341(a) Meeting Date: | 02/07/2007 |
| | | Claims Bar Date: | 05/15/2007 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | VOID (u) | Unknown | $0.00 | | $0.00 | FA |
| 2 | VOID (u) | Unknown | $0.00 | | $0.00 | FA |
| 3 | Checking Fifth third Bank | $1,390.00 | $0.00 | DA | $0.00 | FA |
| 4 | Checking TCF Bank | $1,103.00 | $0.00 | DA | $0.00 | FA |
| 5 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Wearing Apparel | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 7 | 1/2 interst in residence 2318 Janet Dr. Glevnview | $670,000.00 | $102,494.14 | DA | $6,200.00 | FA |
| Asset Notes: | Debtor owns 1/2 interest in residence (jointly owned) valued at 670,000.00 with liens of 552,505.86 after costs of sale leaves 50049 if unprotected equity, less 15,000 exemption or 35455.00 before the joint owner is compensated. | | | | | |
| 8 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 9 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 10 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 11 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 12 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 13 | pocket cash | $20.00 | $0.00 | DA | $0.00 | FA |
| 14 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 15 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 16 | savings Fifth Third | $287.00 | $0.00 | DA | $0.00 | FA |
| 17 | 1/2 interest in household goods and related | $750.00 | $0.00 | DA | $0.00 | FA |
| 18 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 19 | IRA | $3,812.00 | $0.00 | DA | $0.00 | FA |
| 20 | Had interest in IBR Corporation assetless and out-of-business | $0.00 | $0.00 | | $0.00 | $0.00 |
| 21 | '03 Honda Accord | $12,025.00 | $0.00 | DA | $0.00 | FA |
| 22 | '04 Nissan Quest | $15,075.00 | $0.00 | DA | $0.00 | FA |
| 23 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 24 | Fraudulent Transfer of 2004 Hyundai (u) | $0.00 | $2,000.00 | DA | $2,000.00 | FA |
| Asset Notes: | 2000.00 of settlement allocated to Hyundai | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $19.74 | Unknown |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 07-00325 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | BROSNAN, JUDITH J | Date Filed (f) or Converted (c): | 01/09/2007 (f) |
| For the Period Ending: | 12/30/2008 | §341(a) Meeting Date: | 02/07/2007 |
| | | Claims Bar Date: | 05/15/2007 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)**

| | $705,462.00 | $104,494.14 | | $8,219.74 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**
Negotiating with debtor's attorney on buying the estate's interest in her house and a car. Debtor must find funding for offer. Have agreement with debtor, file motion to approve settlement.
Motion to approve granted and funds received and deposited. Hire accountant and examine claims.
No taxable event, no taxes needed.7.17.08
No taxable event, no taxes necessary.7.17.08

**Initial Projected Date Of Final Report (TFR):** 12/31/2007      **Current Projected Date Of Final Report (TFR):** 06/30/2008

**EXHIBIT C**

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-00325 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | BROSNAN, JUDITH J | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | | Money Market Acct #: | 8117070325 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/9/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/30/2008 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/06/2008 | | Judith Brosnan | | * | $8,200.00 | | $8,200.00 |
| | {7} | | $6,200.00 | 1110-000 | | | $8,200.00 |
| | {24} | | $2,000.00 | 1141-000 | | | $8,200.00 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.18 | | $8,202.18 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.70 | | $8,204.88 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.79 | | $8,207.67 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $2.70 | | $8,210.37 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $2.59 | | $8,212.96 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $2.09 | | $8,215.05 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.03 | | $8,217.08 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.60 | | $8,218.68 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.06 | | $8,219.74 |

|  | | |
|---|---|---|
| TOTALS: | $8,219.74 | $0.00 | $8,219.74 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $8,219.74 | $0.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $8,219.74 | $0.00 | |

| For the period of 1/9/2007 to 12/30/2008 | | For the entire history of the account between 03/04/2008 to 12/30/2008 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,219.74 | Total Compensable Receipts: | $8,219.74 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,219.74 | Total Comp/Non Comp Receipts: | $8,219.74 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-00325 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | BROSNAN, JUDITH J | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | | | Money Market Acct #: | 8117070325 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/9/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/30/2008 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $8,219.74 | $0.00 | $8,219.74 |

| For the period of 1/9/2007 to 12/30/2008 | | For the entire history of the case between 01/09/2007 to 12/30/2008 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,219.74 | Total Compensable Receipts: | $8,219.74 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,219.74 | Total Comp/Non Comp Receipts: | $8,219.74 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**EXHIBIT D**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BROSNAN, JUDITH J | ) | CASE NO. 07-00325 |
| | ) | |
| Debtor(s). | ) | Hon. EUGENE R. WEDOFF |

### DISTRIBUTION REPORT

I, HORACE FOX, JR., Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $5,071.97 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $3,147.77 |
| Interest (726(a)(5): | $0.00 |
| Surplus to Debtor (726(a)(6): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$8,219.74** |

## CLAIMS DISTRIBUTION REGISTER
## EXHIBIT D
CASE: 07-00325   BROSNAN, JUDITH J

| Claim No. | Date | Claimant | Category | Amount Filed | Amount Allowed | Paid To Date | Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | **Trustee Compensation** | | | | | | |
| | 12/19/2008 | Horace Fox, Jr.<br>6 East Monroe<br>Suite 1004<br>Chicago, IL 60603<br>NOTES: | 2100-000 | $1,571.97 | $1,571.97 | $.00 | $1,571.97 | $1,571.97 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Trustee Compensation** | | | | **$1,571.97** | **$1,571.97** | **$0.00** | **$1,571.97** | **$1,571.97** |
| | | **Attorney for Trustee Fees (Other Firm)** | | | | | | |
| | 11/25/2008 | Law Offices of Bruce de 'Medici<br>333 W. Wacker # 300<br>Chicago, IL 60606<br>NOTES: Attorney agreed to reduce his fees from $4,547.50 to $3,500.00 | 3210-000 | $4,547.50 | $3,500.00 | $.00 | $3,500.00 | $3,500.00 |
| **Percent Paid:** | | | 100.00% | | | | | |
| **Total for Attorney for Trustee Fees (Other Firm)** | | | | **$4,547.50** | **$3,500.00** | **$0.00** | **$3,500.00** | **$3,500.00** |
| | | **General Unsecured 726(a)(2)** | | | | | | |
| 1 | 02/19/2007 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany, OH 43054<br>NOTES: (1-1) 007438862830 | 7100-000 | $9,465.28 | $9,465.28 | $.00 | $9,465.28 | $344.73 |
| **Percent Paid:** | | | 3.64% | | | | | |
| 2 | 02/21/2007 | Fifth Third Bank<br>1850 E Paris SE - Bankruptcy Department<br>Grand Rapids, MI 49546<br>NOTES: | 7100-000 | $18,582.62 | $18,582.62 | $.00 | $18,582.62 | $676.79 |
| **Percent Paid:** | | | 3.64% | | | | | |
| 3 | 03/27/2007 | American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br>NOTES: | 7100-000 | $54,248.13 | $54,248.13 | $.00 | $54,248.13 | $1,975.76 |
| **Percent Paid:** | | | 3.64% | | | | | |
| 4 | 03/27/2007 | American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br>NOTES: | 7100-000 | $2,686.90 | $2,686.90 | $.00 | $2,686.90 | $97.86 |
| **Percent Paid:** | | | 3.64% | | | | | |
| 5 | 05/14/2007 | eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480<br>NOTES: | 7100-000 | $1,445.00 | $1,445.00 | $.00 | $1,445.00 | $52.63 |
| **Percent Paid:** | | | 3.64% | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Total for General Unsecured 726(a)(2)** | $86,427.93 | $86,427.93 | $0.00 | $86,427.93 | $3,147.77 |
| **Case Totals** | $92,547.40 | $91,499.90 | $0.00 | $91,499.90 | $8,219.74 |

   WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: __December 30, 2008__         /s/ Horace Fox, Jr.
                                     HORACE FOX, JR., Trustee