**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 07-00325 |
| | § | |
| JUDITH J BROSNAN | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on
    01/09/2007.  The undersigned trustee was appointed on 01/09/2007.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the
    debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be
    abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report
    showing the disposition of all property of the estate is attached as **Exhibit A**.

4.     The trustee realized gross receipts of                                          $8,220.62

       Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| | |
| Leaving a balance on hand of[1] | $8,220.62 |

       The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rate to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/15/2007 and the deadline for filing government claims was 05/15/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,571.97. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,571.97, for a total compensation of $1,571.97[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/07/2010                          By:    /s/ Horace Fox, Jr.
                                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher that the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1        Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 07-00325 | |
| **Case Name:** | BROSNAN, JUDITH J | |
| **For the Period Ending:** | 10/7/2010 | |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Date Filed (f) or Converted (c):** | 01/09/2007 (f) |
| **§341(a) Meeting Date:** | 02/07/2007 |
| **Claims Bar Date:** | 05/15/2007 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | VOID (u) | Unknown | $0.00 | | $0.00 | FA |
| 2 | VOID (u) | Unknown | $0.00 | | $0.00 | FA |
| 3 | Checking Fifth third Bank | $1,390.00 | $0.00 | DA | $0.00 | FA |
| 4 | Checking TCF Bank | $1,103.00 | $0.00 | DA | $0.00 | FA |
| 5 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Wearing Apparel | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 7 | 1/2 interst in residence  2318 Janet Dr. Glevnview | $670,000.00 | $102,494.14 | DA | $6,200.00 | FA |
| **Asset Notes:** | Debtor owns 1/2 interest in residence (jointly owned) valued at 670,000.00 with liens of 552,505.86 after costs of sale leaves 50049 if unprotected equity, less 15,000 exemption or 35455.00 before the joint owner is compensated. | | | | | |
| 8 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 9 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 10 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 11 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 12 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 13 | pocket cash | $20.00 | $0.00 | DA | $0.00 | FA |
| 14 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 15 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 16 | savings Fifth Third | $287.00 | $0.00 | DA | $0.00 | FA |
| 17 | 1/2 interest in household goods and related | $750.00 | $0.00 | DA | $0.00 | FA |
| 18 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 19 | IRA | $3,812.00 | $0.00 | DA | $0.00 | FA |
| 20 | Had interest in IBR Corporation assetless and out-of-business | $0.00 | $0.00 | | $0.00 | $0.00 |
| 21 | '03 Honda Accord | $12,025.00 | $0.00 | DA | $0.00 | FA |
| 22 | '04 Nissan Quest | $15,075.00 | $0.00 | DA | $0.00 | FA |
| 23 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 24 | Fraudulent Transfer of 2004 Hyundai (u) | $0.00 | $2,000.00 | DA | $2,000.00 | FA |
| **Asset Notes:** | 2000.00 of settlement allocated to Hyundai | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $20.62 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2                    Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 07-00325 | |
| **Case Name:** | BROSNAN, JUDITH J | |
| **For the Period Ending:** | 10/7/2010 | |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Date Filed (f) or Converted (c):** | 01/09/2007 (f) |
| **§341(a) Meeting Date:** | 02/07/2007 |
| **Claims Bar Date:** | 05/15/2007 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.**<br>**DA=§ 554(c) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $705,462.00 | $104,494.14 | | $8,220.62 | $0.00 |

**Major Activities affecting case closing:**

Negotiating with debtor's attorney on buying the estate's interest in her house and a car.  Debtor must find funding for offer. Have agreement with debtor, file motion to approve settlement.

Motion to approve granted and funds received and deposited. Hire accountant and examine claims.

No taxable event, no taxes needed.7.17.08

No taxable event, no taxes necessary.7.17.08

Final report submitted to UST.

Need hearing set and to amend trustee application to include detail.  Need to notice final report.

Call Jean Delcandro to get final report noticed.  UST signed off.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2007 | **Current Projected Date Of Final Report (TFR):** | 07/30/2009 |

Page No: 1     Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 07-00325 | |
| **Case Name:** | BROSNAN, JUDITH J | |
| **Primary Taxpayer ID #:** | ******9209 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/9/2007 | |
| **For Period Ending:** | 10/7/2010 | |

| | | |
|---|---|---|
| **Trustee Name:** | Horace Fox, Jr. | |
| **Bank Name:** | STERLING BANK | |
| **Checking Acct #:** | ******0325 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 01/05/2009 | | Transfer From  Acct#******0325 | | 9999-000 | $8,220.62 | | $8,220.62 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $8,220.62 | $0.00 | $8,220.62 |
| **Less: Bank transfers/CDs** | $8,220.62 | $0.00 | |
| **Subtotal** | $0.00 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $0.00 | |

**For the period of  1/9/2007 to 10/7/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $8,220.62 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 01/05/2009 to 10/7/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $8,220.62 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

Page No: 2    Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-00325 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | BROSNAN, JUDITH J | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9209 | | Money Market Acct #: | ******0325 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/9/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/7/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 03/06/2008 | | Judith Brosnan | | * | $8,200.00 | | $8,200.00 |
| | {7} | | $6,200.00 | 1110-000 | | | $8,200.00 |
| | {24} | | $2,000.00 | 1141-000 | | | $8,200.00 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.18 | | $8,202.18 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.70 | | $8,204.88 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.79 | | $8,207.67 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $2.70 | | $8,210.37 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $2.59 | | $8,212.96 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $2.09 | | $8,215.05 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.03 | | $8,217.08 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.60 | | $8,218.68 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.06 | | $8,219.74 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.88 | | $8,220.62 |
| 01/05/2009 | | Transfer To Acct#******0325 | | 9999-000 | | $8,220.62 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **SUBTOTALS** | | $8,220.62 | $8,220.62 |

Exhibit B

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-00325 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | BROSNAN, JUDITH J | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9209 | | Money Market Acct #: | ******0325 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/9/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/7/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $8,220.62 | $8,220.62 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $8,220.62 | |
| | | | **Subtotal** | | $8,220.62 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $8,220.62 | $0.00 | |

**For the period of  1/9/2007 to 10/7/2010**

| | |
|---|---|
| Total Compensable Receipts: | $8,220.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,220.62 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $8,220.62 |

**For the entire history of the account between 03/04/2008 to 10/7/2010**

| | |
|---|---|
| Total Compensable Receipts: | $8,220.62 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,220.62 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $8,220.62 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4    Exhibit B

| Case No. | 07-00325 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | BROSNAN, JUDITH J | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9209 | | Money Market Acct #: | ******0325 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/9/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/7/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | **TOTAL - ALL ACCOUNTS** | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | | | | $8,220.62 | $0.00 | $8,220.62 |

| For the period of 1/9/2007 to 10/7/2010 | | For the entire history of the case between 01/09/2007 to 10/7/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,220.62 | Total Compensable Receipts: | $8,220.62 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,220.62 | Total Comp/Non Comp Receipts: | $8,220.62 |
| Total Internal/Transfer Receipts: | $8,220.62 | Total Internal/Transfer Receipts: | $8,220.62 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $8,220.62 | Total Internal/Transfer Disbursements: | $8,220.62 |

CLAIM ANALYSIS REPORT                                                          Page No: 1          Exhibit C

| Case No. | 07-00325 | | | | | | | | Trustee Name: | | Horace Fox, Jr. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | BROSNAN, JUDITH J | | | | | | | | Date: | | 10/7/2010 |
| Claims Bar Date: | 05/15/2007 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | HORACE FOX, JR.<br><br>6 East Monroe<br>Suite 1004<br>Chicago IL 60603 | 12/19/2008 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,571.97 | $1,571.97 | $0.00 | $0.00 | $0.00 | $1,571.97 |
|  | LAW OFFICES OF BRUCE DE 'MEDICI<br>333 W. Wacker # 300<br>Chicago IL 60606 | 11/25/2008 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $4,547.50 | $3,500.00 | $0.00 | $0.00 | $0.00 | $3,500.00 |
| **Claim Notes:** | Send to new address at Smith Amundsen, made out to Law Offices of Bruce de 'Medici | | | | | | | | | | | |
| 1 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES<br>PO Box 3025<br>New Albany OH 43054 | 02/19/2007 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,465.28 | $9,465.28 | $0.00 | $0.00 | $0.00 | $9,465.28 |
| **Claim Notes:** | (1-1) 007438862830 | | | | | | | | | | | |
| 2 | FIFTH THIRD BANK<br><br>1850 E Paris SE - Bankruptcy Department<br>Grand Rapids MI 49546 | 02/21/2007 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $18,582.62 | $18,582.62 | $0.00 | $0.00 | $0.00 | $18,582.62 |
| 3 | AMERICAN EXPRESS TRAVEL RELATED SVCS CO<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 193550701 | 03/27/2007 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $54,248.13 | $54,248.13 | $0.00 | $0.00 | $0.00 | $54,248.13 |
| 4 | AMERICAN EXPRESS TRAVEL RELATED SVCS CO<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 193550701 | 03/27/2007 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,686.90 | $2,686.90 | $0.00 | $0.00 | $0.00 | $2,686.90 |
| 5 | ECAST SETTLEMENT CORPORATION<br>POB 35480<br>Newark NJ 071935480 | 05/14/2007 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,445.00 | $1,445.00 | $0.00 | $0.00 | $0.00 | $1,445.00 |
|  |  |  |  |  |  | | $92,547.40 | $91,499.90 | $0.00 | $0.00 | $0.00 | $91,499.90 |

Case 07-00325   Doc 46   Filed 10/07/10   Entered 10/07/10 15:16:52   Desc Main

CLAIM ANALYSIS REPORT

Page No:  2

Exhibit C

| | |
|---|---|
| **Case No.** | 07-00325 |
| **Case Name:** | BROSNAN, JUDITH J |
| **Claims Bar Date:** | 05/15/2007 |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Date:** | 10/7/2010 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Other Firm) | $4,547.50 | $3,500.00 | $0.00 | $0.00 | $0.00 | $3,500.00 |
| General Unsecured 726(a)(2) | $86,427.93 | $86,427.93 | $0.00 | $0.00 | $0.00 | $86,427.93 |
| Trustee Compensation | $1,571.97 | $1,571.97 | $0.00 | $0.00 | $0.00 | $1,571.97 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      07-00325
Case Name:     JUDITH J BROSNAN
Trustee Name:  Horace Fox, Jr.

Balance on hand:                                    $8,220.62

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:              $0.00
Remaining balance:                                  $8,220.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $1,571.97 | $0.00 | $1,571.97 |
| Law Offices of Bruce de 'Medici, Attorney for Trustee Fees | $3,500.00 | $0.00 | $3,500.00 |

Total to be paid for chapter 7 administrative expenses:   $5,071.97
Remaining balance:                                        $3,148.65

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:                                           $3,148.65

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:                $0.00
Remaining balance:                                  $3,148.65

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $86,427.93 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | $9,465.28 | $0.00 | $344.83 |
| 2 | Fifth Third Bank | $18,582.62 | $0.00 | $676.98 |
| 3 | American Express Travel Related Svcs Co | $54,248.13 | $0.00 | $1,976.31 |
| 4 | American Express Travel Related Svcs Co | $2,686.90 | $0.00 | $97.89 |
| 5 | eCAST Settlement Corporation | $1,445.00 | $0.00 | $52.64 |

Total to be paid to timely general unsecured claims:        $3,148.65
Remaining balance:        $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:        $0.00
Remaining balance:        $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:        $0.00

Remaining balance:                                    $0.00