**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 07-00325 |
| | § | |
| JUDITH J BROSNAN | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF  TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 11/03/2010, in Courtroom 744, United States Courthouse 219 S. Dearborn, and Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   10/08/2010                    By:   /s/ Horace Fox, Jr.

                                                    (Trustee)


Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re:                                          §        Case No. 07-00325
                                                §
JUDITH J BROSNAN                                §
                                                §
                                                §
                                                §
                    Debtor(s)                   §

## SUMMARY OF  TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                        $8,220.62
*and approved disbursements of*                                 $0.00
*leaving a balance on hand of[1] :*                         $8,220.62

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:              $0.00
Remaining balance:          $8,220.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $1,571.97 | $0.00 | $1,571.97 |
| Law Offices of Bruce de 'Medici, Attorney for Trustee Fees | $3,500.00 | $0.00 | $3,500.00 |

Total to be paid for chapter 7 administrative expenses:          $5,071.97
Remaining balance:          $3,148.65

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.
**UST-Form 101-7-NFR (10/1/2010)**

Total to be paid to prior chapter administrative expenses:    $0.00

Remaining balance:    $3,148.65

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:    $0.00

Remaining balance:    $3,148.65

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $86,427.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | $9,465.28 | $0.00 | $344.83 |
| 2 | Fifth Third Bank | $18,582.62 | $0.00 | $676.98 |
| 3 | American Express Travel Related Svcs Co | $54,248.13 | $0.00 | $1,976.31 |
| 4 | American Express Travel Related Svcs Co | $2,686.90 | $0.00 | $97.89 |
| 5 | eCAST Settlement Corporation | $1,445.00 | $0.00 | $52.64 |

Total to be paid to timely general unsecured claims:    $3,148.65

Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (10/1/2010)**

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ Horace Fox, Jr.
Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST-Form 101-7-NFR (10/1/2010)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vbrown          Page 1 of 2          Date Rcvd: Oct 08, 2010
Case: 07-00325                Form ID: pdf006       Total Noticed: 57
```

The following entities were noticed by first class mail on Oct 10, 2010.
```
db          +Judith J. Brosnan,   2318 Janet Drive,   Glenview, IL 60026-1197
aty         +Bruce E de'Medici,   333 W. Wacker Drive,   #300,   Chicago, IL 60606-1252
aty         +John E Gierum,   Gierum & Mantas,   9700 W Higgins Rd, Ste 1015,   Rosemont, IL 60018-4712
11098479    +ATT Universal Card,   P.O. Box 688910,   Des Moines, IA 50368-8910
11098472    +Action Fence,   945 Tower Road,   Mundelein, IL 60060-3811
11098474    +American Express,   United Recovery Service,   P.O. Box 722929,   Houston, TX 77272-2929
11098475     American Express,   P.O. Box 650448,   Dallas, TX 75265-0448
11098476    +American Express,   P.O. Box 0001,   Los Angeles, CA 90096-8000
11262907     American Express Travel Related Svcs Co,   Inc Corp Card,   c/o Becket and Lee LLP,   POB 3001,
               Malvern PA 19355-0701
11098478    +Att And T Universal/ Citibank,   Po Box 6241,   Sioux Falls, SD 57117-6241
11098480    +Bank Of America,   MBNA,   P.O. Box 17309,   Baltimore, MD 21297-1309
11098482    +Bk Of Amer,   Po Box 1598,   Norfolk, VA 23501-1598
11098470    +Brosnan Judith J,   2318 Janet Drive,   Glenview, IL 60026-1197
11098483    +Cardiovascular Assoc. Of Glenbrook,   P.O. Box 88276, Dept. A,   Chicago, IL 60680-1276
11098484    +Cardiovascular Assoc. Of Glenbrook,   & Evanston,   1713 Central Street,
               Evanston, IL 60201-1507
11098485    +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
11098488     Cingular Wireless,   P.O. Box 6428,   Carol Stream, IL 60197-6428
11098489    +Citi Gold Advantage,   P.O. Box 688908,   Des Moines, IA 50368-8908
11098490    +Citibank,   Pob 6241,   Sioux Falls, SD 57117-6241
11098491     Direct Merchants Bank,   Payment Center,   P.O. Box 17313,   Baltimore, MD 21297-1313
11098494    +ENH,   Faculty Practice Associates,   9532 Eagleway,   Chicago, IL 60678-0001
11098495    +ENH Medical,   Group Specialty Practice,   9532 Eagleway,   Chicago, IL 60678-0001
11098496     ENH Medical Group,   ENH 23159 Network Place,   Chicago, IL 60673-1231
11098497    +ENH Radiology,   23159 Network Place,   Chicago, IL 60673-0001
11098498     Evanston Northwestern Health Care,   9730 Eagleway,   Chicago, IL 60678-1097
11098499     Evanston Northwestern Hospital,   1501 Central,   Evanston, IL 60201
11098503    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,   38 Fountain Square Plaza,   Cincinnati, OH  45263)
11098504    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,   Customer Service,   38 Fountain Square,
               Cincinnati, OH  45263)
11098501    +Fifth Third Bank,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
11098500    +Fifth Third Bank,   P.O. Box 740778,   Cincinnati, OH 45274-0778
11098502    +Fifth Third Bank,   P.O. Box 740789,   Cincinnati, OH 45274-0789
11189139     Fifth Third Bank,   1850 E Paris SE - Bankruptcy Department,   Grand Rapids MI 49546,
               MD# ROPS05
11098505    +Francisco Molina,   1523 South 57th Court,   Cicero, IL 60804-1710
11363199     HSBC Bank NA/Direct Merchants Credit Card,   Bank NA by eCAST Settlement Corporation,
               as its agent,   POB 35480,   Newark NJ 07193-5480
11098506    +Illinois Bone & Joint,   135 South LaSalle, Dept. 1052,   Chicago, IL 60674-0001
11098508    +Illinois Collection Services,   4647 W. 103rd Street,   Oak Lawn, IL 60453-4779
11098509    +Michael W. Frank, MD,   777 Oakmount Lane, Ste. 160,   Westmont, IL 60559-5511
11098510    +Midwest Retinal,   8780 West Golf Road,   Niles, IL 60714-5602
11098511    +Monogram Bank N America,   Po Box 17054,   Wilmington, DE 19850-7054
11098513     Nissan Motor Acceptance,   P.O. Box 0502,   Carol Stream, IL 60132-0502
11098514    +Pinnacle Management Services, Inc.,   514 Market, Ste. 13,   West Dundee, IL 60118-2148
11098515     Quest Diagnostics,   P.O. Box 64804,   Baltimore, MD 21264-4804
11098516    +Sony/Chase,   Card Member Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
11098518    +United Mileage,   P.O. Box 15153,   Wilmington, DE 19886-5153
11098520    +Van Ru Credit Corporation,   1350 East Touhy Ave., Ste. 100E,   Des Plaines, IL 60018-3337
11449105     eCAST Settlement Corporation,   POB 35480,   Newark NJ 07193-5480
```

The following entities were noticed by electronic transmission on Oct 09, 2010.
```
tr          +E-mail/Text: HFOX@LEHMANFOX.COM                          Horace Fox, JR,   Lehman & Fox,
               6 E Monroe St,   Chicago, IL 60603-2704
13072876    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 09 2010 09:07:10
               AMERICAN INFOSOURCE LP AS AGENT FOR,   FIA Card Services, NA/Bank of America,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
11098473    +E-mail/Text: ebnbankruptcy@ahm.honda.com                          America Honda Finance,
               2170 Point Blvd., Ste. 100,   Elgin, IL 60123-7875
11098477    +E-mail/Text: ebnbankruptcy@ahm.honda.com                          American Honda Finance,
               P.O. Box 650024,   Dallas, TX 75265
11098486    +Fax: 602-221-4614 Oct 09 2010 00:06:33     Chase,   900 Stewart Ave,   Garden City, NY 11530-4891
11098487     Fax: 602-221-4614 Oct 09 2010 00:06:33     Chase Bank,   P.O. Box 78067,
               Phoenix, AZ  85062-8067
11098492     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 09 2010 08:37:38     Discover Card,
               P.O. Box 30395,   Salt Lake City, UT  84130-0395
11098493     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 09 2010 08:37:38     Discover Fin,   Pob 15316,
               Wilmington, DE  19850
11184504    +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 09 2010 08:37:38
               Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany OH 43054-3025
11098512    +E-mail/Text: bankrup@nicor.com                          Nicor Gas,   1844 Ferry Road,
               Naperville, IL 60563-9600
11098519     E-mail/Text: bnc@ursi.com                          United Recovery Systems,   P.O. Box 722929,
               Houston, TX  77272-2929
                                                                                          TOTAL: 11
```

```
District/off: 0752-1          User: vbrown          Page 2 of 2          Date Rcvd: Oct 08, 2010
Case: 07-00325               Form ID: pdf006        Total Noticed: 57


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11262913*    American Express Travel Related Svcs Co,  Inc Corp Card,  c/o Becket and Lee LLP,  POB 3001,
                Malvern PA 19355-0701
11098481   ##+Bank Of America,   P.O. Box 37291,   Baltimore, MD 21297-3291
11098471   ##+Gierum & Mantas,   1030 W Higgins Road,   Suite 220,   Park Ridge, IL 60068-5761
11098507    ##Illinois Collection Services,   P.O. Box 646,   Oak Lawn, IL  60454-0646
11098517   ##+Susan Brosnan,   2318 Janet,   Glenview, IL 60026-1197
                                                                      TOTALS: 0, * 1, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 10, 2010**                    **Signature:**    _Joseph Speetjens_