**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 07-00325 |
| | § | |
| JUDITH J BROSNAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | | |
|---|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $35,462.00 | | Assets Exempt: | $25,762.00 |
| Total Distributions to Claimants: | $3,148.65 | | Claims Discharged Without Payment: | $589,417.06 |
| Total Expenses of Administration: | $5,071.97 | | | |

3)      Total gross receipts of $8,220.62  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,220.62 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $597,256.43 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $6,119.47 | $5,071.97 | $5,071.97 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $583,768.97 | $86,427.93 | $86,427.93 | $3,148.65 |
| **Total Disbursements** | $1,181,025.40 | $92,547.40 | $91,499.90 | $8,220.62 |

4). This case was originally filed under chapter 7 on 01/09/2007. The case was pending for 50 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/30/2011              By:   /s/ Horace Fox, Jr.
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 1/2 interst in residence  2318 Janet Dr. Glevnview | 1110-000 | $6,200.00 |
| Fraudulent Transfer of 2004 Hyundai | 1141-000 | $2,000.00 |
| Interest Earned | 1270-000 | $20.62 |
| **TOTAL GROSS RECEIPTS** | | $8,220.62 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finance | 4110-000 | $11,237.01 | NA | $0.00 | $0.00 |
| | Chase Bank | 4110-000 | $16,615.31 | NA | $0.00 | $0.00 |
| | Fifth Third Bank | 4110-000 | $352,181.83 | NA | $0.00 | $0.00 |
| | Fifth Third Bank | 4110-000 | $200,324.03 | NA | $0.00 | $0.00 |
| | Nissan Motor Acceptance | 4110-000 | $16,898.25 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $597,256.43 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $1,571.97 | $1,571.97 | $1,571.97 |
| Law Offices of Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $4,547.50 | $3,500.00 | $3,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $6,119.47 | $5,071.97 | $5,071.97 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | 7100-000 | $8,514.22 | $9,465.28 | $9,465.28 | $344.83 |
| 2 | Fifth Third Bank | 7100-000 | $17,684.00 | $18,582.62 | $18,582.62 | $676.98 |
| 3 | American Express Travel Related Svcs Co | 7100-000 | $51,432.97 | $54,248.13 | $54,248.13 | $1,976.31 |
| 4 | American Express Travel Related Svcs Co | 7100-000 | NA | $2,686.90 | $2,686.90 | $97.89 |
| 5 | eCAST Settlement Corporation | 7100-000 | NA | $1,445.00 | $1,445.00 | $52.64 |
| | Action Fence | 7100-000 | $5,000.00 | NA | NA | $0.00 |
| | American Express | 7100-000 | $42,239.97 | NA | NA | $0.00 |
| | American Express | 7100-000 | $61,625.46 | NA | NA | $0.00 |
| | Att And T Universal/ Citibank | 7100-000 | $9,054.00 | NA | NA | $0.00 |
| | Bk Of Amer | 7100-000 | $8,482.00 | NA | NA | $0.00 |
| | Cardiovascular Assoc. Of Glenbrook | 7100-000 | $680.27 | NA | NA | $0.00 |
| | Chase | 7100-000 | $36,996.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $16,657.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $9,928.44 | NA | NA | $0.00 |
| | Cingular Wireless | 7100-000 | $345.52 | NA | NA | $0.00 |
| | Citibank | 7100-000 | $23,728.00 | NA | NA | $0.00 |
| | Direct Merchants Bank | 7100-000 | $1,545.00 | NA | NA | $0.00 |
| | ENH | 7100-000 | $1,058.95 | NA | NA | $0.00 |
| | ENH Medical | 7100-000 | $16.80 | NA | NA | $0.00 |
| | ENH Medical Group | 7100-000 | $193.37 | NA | NA | $0.00 |
| | ENH Radiology | 7100-000 | $53.49 | NA | NA | $0.00 |
| | Evanston Northwestern Health Care | 7100-000 | $111,748.72 | NA | NA | $0.00 |
| | Evanston Northwestern Hospital | 7100-000 | $791.16 | NA | NA | $0.00 |
| | Francisco Molina | 7100-000 | $25,000.00 | NA | NA | $0.00 |
| | Illinois Bone & Joint | 7100-000 | $298.25 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Michael W. Frank, MD | 7100-000 | $71,193.20 | NA | NA | $0.00 |
| Midwest Retinal | 7100-000 | $592.07 | NA | NA | $0.00 |
| Monogram Bank N America | 7100-000 | $40,999.00 | NA | NA | $0.00 |
| Nicor Gas | 7100-000 | $206.00 | NA | NA | $0.00 |
| Quest Diagnostics | 7100-000 | $205.11 | NA | NA | $0.00 |
| Susan Brosnan | 7100-000 | $37,500.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $583,768.97 | $86,427.93 | $86,427.93 | $3,148.65 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   1          Exhibit 8

| | |
|---|---|
| Case No.: | 07-00325 |
| Case Name: | BROSNAN, JUDITH J |
| For the Period Ending: | 3/30/2011 |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Date Filed (f) or Converted (c): | 01/09/2007 (f) |
| §341(a) Meeting Date: | 02/07/2007 |
| Claims Bar Date: | 05/15/2007 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | VOID (u) | Unknown | $0.00 | | $0.00 | FA |
| 2 | VOID (u) | Unknown | $0.00 | | $0.00 | FA |
| 3 | Checking Fifth third Bank | $1,390.00 | $0.00 | DA | $0.00 | FA |
| 4 | Checking TCF Bank | $1,103.00 | $0.00 | DA | $0.00 | FA |
| 5 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Wearing Apparel | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 7 | 1/2 interst in residence  2318 Janet Dr. Glevnview | $670,000.00 | $102,494.14 | | $6,200.00 | FA |
| Asset Notes: | Debtor owns 1/2 interest in residence (jointly owned) valued at 670,000.00 with liens of 552,505.86 after costs of sale leaves 50049 if unprotected equity, less 15,000 exemption or 35455.00 before the joint owner is compensated. | | | | | |
| 8 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 9 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 10 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 11 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 12 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 13 | pocket cash | $20.00 | $0.00 | DA | $0.00 | FA |
| 14 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 15 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 16 | savings Fifth Third | $287.00 | $0.00 | DA | $0.00 | FA |
| 17 | 1/2 interest in household goods and related | $750.00 | $0.00 | DA | $0.00 | FA |
| 18 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 19 | IRA | $3,812.00 | $0.00 | DA | $0.00 | FA |
| 20 | Had interest in IBR Corporation assetless and out-of-business | $0.00 | $1.00 | DA | $0.00 | FA |
| 21 | '03 Honda Accord | $12,025.00 | $0.00 | DA | $0.00 | FA |
| 22 | '04 Nissan Quest | $15,075.00 | $0.00 | DA | $0.00 | FA |
| 23 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 24 | Fraudulent Transfer of 2004 Hyundai (u) | $0.00 | $2,000.00 | | $2,000.00 | FA |
| Asset Notes: | 2000.00 of settlement allocated to Hyundai | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $20.62 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    2                    Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 07-00325 | |
| **Case Name:** | BROSNAN, JUDITH J | |
| **For the Period Ending:** | 3/30/2011 | |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Date Filed (f) or Converted (c):** | 01/09/2007 (f) |
| **§341(a) Meeting Date:** | 02/07/2007 |
| **Claims Bar Date:** | 05/15/2007 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **TOTALS (Excluding unknown value)** | $705,462.00 | $104,495.14 | | $8,220.62 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

Negotiating with debtor's attorney on buying the estate's interest in her house and a car.  Debtor must find funding for offer. Have agreement with debtor, file motion to approve settlement.

| | |
|---|---|
| 04/23/2008 | Motion to approve granted and funds received and deposited. Hire accountant and examine claims. |
| 07/17/2008 | No taxable event, no taxes needed.7.17.08 |
| 07/17/2008 | No taxable event, no taxes necessary.7.17.08 |
| 01/17/2009 | Final report submitted to UST. |
| 08/09/2009 | Need hearing set and to amend trustee application to include detail.  Need to notice final report. |

Call Jean Delcandro to get final report noticed.  UST signed off.

Final report in court last fee order signed 11.27.10.  Final account ready upon receipt of zero balanced bank statment. 1.21.11

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2007 | **Current Projected Date Of Final Report (TFR):** | 07/30/2009 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1     Exhibit 9

| Case No. | 07-00325 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | BROSNAN, JUDITH J | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9209 | | Checking Acct #: | ******0325 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/9/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/30/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/05/2009 | | Transfer From  Acct#******0325 | | 9999-000 | $8,220.62 | | $8,220.62 |
| 11/17/2010 | 2 | Law Offices of Bruce de 'Medici | | 3210-000 | | $3,500.00 | $4,720.62 |
| 11/18/2010 | 3 | Horace Fox, Jr. | | 2100-000 | | $1,571.91 | $3,148.71 |
| 11/19/2010 | 4 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $0.06 | $3,148.65 |
| 11/19/2010 | 5 | Discover Bank/Discover Financial Services | Final Claim #: 1; Dividend: 10.95; Amount Allowed: 9,465.28; | 7100-000 | | $344.83 | $2,803.82 |
| 11/19/2010 | 6 | Fifth Third Bank | Final Claim #: 2; Dividend: 21.50; Amount Allowed: 18,582.62; | 7100-000 | | $676.98 | $2,126.84 |
| 11/19/2010 | 7 | American Express Travel Related Svcs Co | Final  Claim #: 3; Dividend: 62.76; Amount Allowed: 54,248.13; | 7100-000 | | $1,976.31 | $150.53 |
| 11/19/2010 | 8 | American Express Travel Related Svcs Co | Final  Claim #: 4; Dividend: 3.10; Amount Allowed: 2,686.90; | 7100-000 | | $97.89 | $52.64 |
| 11/19/2010 | 9 | eCAST Settlement Corporation | Final Claim #: 5; Dividend: 1.67; Amount Allowed: 1,445.00; | 7100-000 | | $52.64 | $0.00 |

| | | | TOTALS: | | $8,220.62 | $8,220.62 | $0.00 |
| | | | Less: Bank transfers/CDs | | $8,220.62 | $0.00 | |
| | | | Subtotal | | $0.00 | $8,220.62 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $8,220.62 | |

| **For the period of  1/9/2007 to 3/30/2011** | | **For the entire history of the account between 01/05/2009 to 3/30/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $8,220.62 | Total Internal/Transfer Receipts: | $8,220.62 |
| | | | |
| Total Compensable Disbursements: | $8,220.62 | Total Compensable Disbursements: | $8,220.62 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $8,220.62 | Total Comp/Non Comp  Disbursements: | $8,220.62 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-00325 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | BROSNAN, JUDITH J | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9209 | | Money Market Acct #: | ******0325 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/9/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/30/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/06/2008 | | Judith Brosnan | | * | $8,200.00 | | $8,200.00 |
| | {7} | | $6,200.00 | 1110-000 | | | $8,200.00 |
| | {24} | | $2,000.00 | 1141-000 | | | $8,200.00 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.18 | | $8,202.18 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.70 | | $8,204.88 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.79 | | $8,207.67 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $2.70 | | $8,210.37 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $2.59 | | $8,212.96 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $2.09 | | $8,215.05 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.03 | | $8,217.08 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.60 | | $8,218.68 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.06 | | $8,219.74 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.88 | | $8,220.62 |
| 01/05/2009 | | Transfer To Acct#******0325 | | 9999-000 | | $8,220.62 | $0.00 |

|  |  | **SUBTOTALS** | $8,220.62 | $8,220.62 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 07-00325 | |
| **Case Name:** | BROSNAN, JUDITH J | |
| **Primary Taxpayer ID #:** | ******9209 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/9/2007 | |
| **For Period Ending:** | 3/30/2011 | |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Bank Name:** | STERLING BANK |
| **Money Market Acct #:** | ******0325 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $8,220.62 | $8,220.62 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $8,220.62 | |
| | | | **Subtotal** | | $8,220.62 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $8,220.62 | $0.00 | |

| For the period of 1/9/2007 to 3/30/2011 | | For the entire history of the account between 03/04/2008 to 3/30/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,220.62 | Total Compensable Receipts: | $8,220.62 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,220.62 | Total Comp/Non Comp Receipts: | $8,220.62 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $8,220.62 | Total Internal/Transfer Disbursements: | $8,220.62 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-00325 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | BROSNAN, JUDITH J | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******9209 | | Money Market Acct #: | ******0325 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/9/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/30/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | $8,220.62 | $8,220.62 | $0.00 |

| **For the period of 1/9/2007 to 3/30/2011** | | **For the entire history of the case between 01/09/2007 to 3/30/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $8,220.62 | Total Compensable Receipts: | $8,220.62 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,220.62 | Total Comp/Non Comp Receipts: | $8,220.62 |
| Total Internal/Transfer Receipts: | $8,220.62 | Total Internal/Transfer Receipts: | $8,220.62 |
| | | | |
| Total Compensable Disbursements: | $8,220.62 | Total Compensable Disbursements: | $8,220.62 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,220.62 | Total Comp/Non Comp Disbursements: | $8,220.62 |
| Total Internal/Transfer Disbursements: | $8,220.62 | Total Internal/Transfer Disbursements: | $8,220.62 |